## THE STATE v. BAUGHMAN et al.; WILLIAM TRACEY, Plaintiff in Error.

**Division Two, November 22, 1904.**

Error to Buchanan Criminal Court.—*Hon. B. J. Casteel,* Judge.

GANTT, P. J.—The record in this cause is before us on writ of error.

The indictment alone is challenged, and as it is in all respects identical with the indictment in State v. Rosenblatt, 185 Mo. 114, for the reasons assigned in that case it is held sufficient, and the writ of error quashed.

All concur, except *Burgess, J.,* absent.